✎AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
NORTHERN District of NEW YORK

UNITED STATES OF AMERICA

ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

NYRON NICHOLSON

Case Number: 5:03-cr-60-003 (DNH)
USM Number: 11918-052
Pro Se
Defendant's Attorney

Date of Previous Judgment: January 31, 2005
(Use Date of Last Amended Judgment if Applicable)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☒ DENIED   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __ months **is reduced to ___ months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 34                     Amended Offense Level: __
Criminal History Category: VI                  Criminal History Category: __
Previous Guideline Range: 322 to 387 months    Amended Guideline Range: __ to __ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):
_____
_____ _____

**III. ADDITIONAL COMMENTS**
Defendant's original sentence was a departure from the guidelines and a reduction in the guideline range would not result in a sentence less than the original 84 (42 months on Cts 1 & 8 to be served consecutively) months imposed.

All provisions of the judgment dated January 31, 2005 shall remain in effect.

**IT IS SO ORDERED**.

July 9, 2008
Order Date

_____          David N. Hurd
Effective Date (if different from order date)   District Judge